IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEANNA JACKSON, on behalf of herself and other similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556 and TRANSPORT WORKERS UNION OF AMERICA, AFL-CIO<br><br>    Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:17-cv-339 |

## NOTICE OF DISMISSAL

Plaintiff JEANNA JACKSON ("Plaintiff") files this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff dismisses this action without prejudice and shows as follows:

1.    No defendant has filed an answer or motion for summary judgment. Plaintiff may dismiss this action without prejudice without a Court order.

2.    A class has not been certified. Fed. R. Civ. P. 23(e) does not apply.

Dated: March 1, 2017

Respectfully submitted,

THE VERDE LAW FIRM, PLLC

/s/ Joshua A. Verde
Joshua A. Verde
attorney-in-charge
State Bar No. 24077590
4600 Highway 6 North, Suite 320
Houston, TX 77084
Phone: 713-909-4347
Fax: 713-588-2431
josh@verde-law.com

TEMANI ADAMS, PLLC

Temani Adams
State Bar No. 24084778
3824 Cedar Springs Road #179
Dallas, TX 75219
Temani@TemaniAdams.com
(469) 288-0888 Phone
(469) 277-3171 Fax

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

Although no defendant has filed an answer in this case, I certify that this Notice of Dismissal has been served on all counsel who have provided waivers of service, via e-mail and/or facsimile on March 1, 2017.

/s/ Joshua A. Verde
Joshua A. Verde